■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONELL MARSHALL, Appellant. [740 NYS2d 245] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered June 29, 1999, convicting him of robbery in the second degree and burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Contrary to the defendant's contention, the complainant named in the indictment owned the property taken by the defendant (*see* Penal Law § 155.05). The People established that the named complainant, an accountant working in his client's office, had a right of possession to the office equipment taken which was superior to that of the defendant (*see* Penal Law § 155.00 [5]; §§ 155.05, 160.00; *People v Hutchinson,* 56 NY2d 868; *cf. People v Wilson,* 93 NY2d 222). Altman, J.P., Florio, H. Miller and Cozier, JJ., concur.